Case 1:13-cv-03101-KAM-LB Document 1 Filed 05/22/13 Page 1 of 9 PageID #: 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Curtis Edwards

_____

NAME OF PLAINTIFF(S)

NYC Police Dept

_____

NAME OF DEFENDANT(S)

CV 13 3101

ORIGINAL

COMPLAINT

MATSUMOTO, J.



RECEIVED
MAY 22 2013
PRO SE OFFICE

This action is brought for discrimination in employment pursuant to (check only those that apply):

_____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

√ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

-1-

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1. Plaintiff resides at:

   1120 Bergen St Apt 2W
   Street Address

   Bklyn , NY , 11216 , 718-756-7618
   County    State   Zip Code   Telephone Number

2. Defendant(s) resides at, or its business is located at:

   1 Police Plaza
   Street Address

   NY , NY , NY , 10038-1403
   County   City   State   Zip Code

3. The address at which I sought employment or was employed by the defendant(s) is:

   850 Grand St
   Street Address

   Kings , Bklyn , NY , 11211
   County   City   State   Zip Code

-2-

4. The discriminatory conduct of which I complain in this action includes
   *(check only those that apply).*

   | | |
   |---|---|
   | ____ | Failure to hire. |
   | ✓ | Termination of my employment. |
   | ____ | Failure to promote. |
   | ✓ | Failure to accommodate my disability. |
   | ____ | Unequal terms and conditions of my employment. |
   | ____ | Retaliation |
   | ____ | Other acts *(specify)*: _____ |

   **NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5. It is my best recollection that the alleged discriminatory acts occurred on:
   **January 3rd 2012**
   Date(s)

6. I believe that the defendant(s) *(check one)*

   ✓ is still committing these acts against me.

   ____ is not still committing these acts against me.

7. Defendant(s) discriminated against me based on my:
   *(check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)*

   [ ] race _____        [ ] color _____

   [ ] gender/sex _____  [ ] religion _____

   [ ] national origin _____

   [ ] disability  ✓ **Degenerative Arthritis 2 herniated 2 in Lower Back Arthritis in Left Hip**

   [ ] age. If age is checked, answer the following:

   I was born in _____. At the time(s) defendant(s) discriminated against me,
               Year
   I was [ ] more  [ ] less than 40 years old. *(check one)*.

   -3-

**NOTE:**   *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

8.   The facts of my case are as follows:

On January 3rd 2012 I came back to work from sick leave with a FLMA form filled out by my orthredic Doctor Commanding officer Martinez refused it and made me go get a DR's note to return to full Duty he stated that he would make sure I get fired and failed me on 3 Evaluations I was forced to Resign or Be Terminated on. March 9th 2012 my sheild and ID were confiscated

*(Attach additional sheets as necessary)*

**NOTE:**   *As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.*

9.   It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on: 3/27/2013
   Date

10.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: 3/27/2013
   Date

He refused and decided to use to send the FLMA to 1 Police Plaza. I asked him prior to the incident not to transfer me to Automotive HS I had a sit down post. He knew I had a condition that doesn't allow me to stand very long so being at this scanning school where I had to break up fights and make arrest every other day my condition got worst. I've been on the job for 19 years and was Perminated for being absent In documentation and a Request For FLMA leave I was Fired march 15,th cause Because I wouldn't Resign

Curtis Edward

**Only litigants alleging age discrimination must answer Question #11.**

11. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

    _____ 60 days or more have elapsed.

    _____ less than 60 days have elapsed.

12. The Equal Employment Opportunity Commission *(check one)*:

    _____ has <u>not</u> issued a Right to Sue letter.

    ___✓___ has issued a Right to Sue letter, which I **received** on __3/27/13__.
                                    Date

**NOTE:** Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity Commission to this complaint.

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, pre-judgment interest, costs, and attorney's fees.

*Curtis Edwards*
PLAINTIFF'S SIGNATURE

Dated: __5/22/13__

__1120 Bergen St Apt 2W__
Address
__Bklyn NY 11216__
__718-756-7618__
Phone Number



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
(212) 336-3620
TTY (212) 336-3622

Curtis Edwards
1120 Bergen Street, Apt. 2W
Brooklyn, NY 11216

    Re:    *EEOC Charge No. 520-2013-00940*
             *Edwards v. The City of New York Police Department*

Dear Mr. Edwards:

The Equal Employment Opportunity Commission (hereinafter referred to as the "Commission"), has reviewed the above-referenced charges according to our charge prioritization procedures. The procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In accordance with these procedures, we have evaluated your charge based upon information and evidence you submitted, and have determined that further investigation will unlikely result in a determination that respondents violated one of the federal laws enforced by the Commission. Therefore, your charge will be dismissed.

Attached are your Dismissal and Notice of Rights. If you want to pursue this matter further in federal court, your lawsuit must be filed within 90 days of your receipt of the Notice.

Please contact Investigator Amon Kinsey at (212) 336-3680 if you have any questions.

Sincerely,

_____ for                    3/27/13
Kevin J. Berry                                        Date
District Director

cc: Amanda Gudis, Esq.
    Levine & Blit, PLLC
    350 Fifth Avenue, Suite 3601
    New York, NY 10118

Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| Curtis Edwards<br>1120 Bergen Street, Apt. 2W<br>Brooklyn, NY 11216 | From: New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| C Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| -2013-00940 | Amon L. Kinsey, Jr.,<br>Investigator | (212) 336-3680 |

**EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination. Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age imination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. nay file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your it **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be (The time limit for filing suit based on a claim under state law may be different.)

**l Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the d EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** e you file suit may not be collectible.

On behalf of the Commission:

_Kevin J. Berry_   3/27/13

Kevin J. Berry,
District Director

sures(s)

| | |
|---|---|
| Thomas P. Doepsner<br>Legal Bureau<br>NYPD<br>One Police Plaza, Room 1406<br>New York, NY 10010 | Amanda Gudis, Esq.<br>LEVINE & BLIT, PLLC<br>Empire State Building<br>350 Fifth Avenue, Suite 3601<br>New York, NY 10118 |

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you **receive this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was mailed to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** – not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*